**WISSAHICKON SCHOOL DISTRICT**
**Statement of Earnings and Deductions**

| Location | Employee No. | Period Beginning | Period Ending | Stub No. | Stub Date |
|---|---|---|---|---|---|
| 81 | 20132 | 01/26/ 26 | 02/08/ 26 | V645350 | 02/13/2026 |

| Earnings | | | | | Employee Deductions | | | Employer Contributions | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Current | Year to Date | Description | Current | Year to Date | Current | Year to Date |
| REG PAY | 82.00 | 27.04 | 2,217.28 | 8,706.88 | FICA | 178.18 | 624.08 | 178.18 | 624.08 |
| NIGHT RT | 74.00 | .65 | 48.10 | 204.10 | MEDICARE | 41.67 | 145.95 | 41.67 | 145.95 |
| OT 1.5 | 7.75 | 40.56 | 314.34 | 801.06 | FED TAX | 243.88 | 789.37 | | |
| OT 2.0 | 7.00 | 54.08 | 378.56 | 594.88 | STATE TAX | 87.98 | 308.02 | | |
| NR OT | | | .00 | 3.88 | LOCAL TAX | 31.52 | 110.36 | | |
| | | | | | UNEMP COMP | 2.07 | 7.21 | | |
| | | | | | RETIR 7.5% | 221.87 | 773.31 | 1,005.82 | 3,505.68 |
| | | | | | 102070 IND | 78.41 | 235.23 | 310.94 | 932.82 |
| | | | | | DEN SINGLE | .00 | .00 | 15.73 | 47.19 |
| | | | | | RX IND | 13.72 | 41.16 | 77.73 | 233.19 |
| | | | | | EYE SINGLE | .45 | 1.35 | 2.57 | 7.71 |
| | | | | | LST TX LG | 2.00 | 8.00 | | |
| | | | | | STD | 21.83 | 65.49 | | |
| | | | | | WRKR COMP | .00 | .00 | 8.87 | 30.93 |
| | | | | | IMP INCOME | .00 | .00 | 8.22 | 32.88 |
| | | | | | PNC BANK | 2,034.70 | 7,201.27 | | |
| | | | | | DISABILITY | .00 | .00 | | 9.41 |
| | | | | | LIFE INS | .00 | .00 | | 6.80 |
| **Totals** | 170.75 | | 2,958.28 | 10,310.80 | **Totals** | 2,958.28 | 10,310.80 | 1,649.73 | 5,576.64 |

| Leave | Earned | Taken | End Balance | Direct Deposit Information | | Net Pay | |
|---|---|---|---|---|---|---|---|
| SICK-SUPP | 12.00 | 7.13 | 4.98 | PNC BANK | 2,034.70 | 2,034.70 | |
| PRSN DAY | 3.00 | 3.00 | .00 | | | Employee | |
| VAC-SUPP | 20.00 | 14.00 | 10.00 | | | CUPID, GLENNA F | |
| SPEC NEEDS | 3.00 | 1.73 | 1.27 | | | Tax Information | |
| JURY DUTY | .00 | .00 | .00 | | | | Fed | State |
| BEREAVEMNT | .00 | .00 | .00 | | | MARITAL STATUS | S | S |
| | | | | | | EXEMPTIONS | 2 | 0 |

**Notes:** What do you call two bananas on the floor?
Slippers!

---

**WISSAHICKON SCHOOL DISTRICT**
601 Knight Rd
Ambler PA, 19002

V645350

Date
02/13/2026

Tax Shelter Annuities available x1201

GLENNA F CUPID
24 RED ROWEN LANE
PLYMOUTH MEETING, PA 19462

**\*\* NON-NEGOTIABLE \*\***
**DIRECT DEPOSIT ADVICE**
**FOR INFORMATION ONLY**

81
GLENNA F CUPID
24 RED ROWEN LANE
PLYMOUTH MEETING, PA 19462

**WISSAHICKON SCHOOL DISTRICT**
**Statement of Earnings and Deductions**

| Location | Employee No. | Period Beginning | Period Ending | Stub No. | Stub Date |
|---|---|---|---|---|---|
| 81 | 20132 | 02/09/ 26 | 02/22/ 26 | V646104 | 02/27/2026 |

| Earnings | | | | | Employee Deductions | | | Employer Contributions | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Current | Year to Date | Description | Current | Year to Date | Current | Year to Date |
| REG PAY | 80.00 | 27.04 | 2,163.20 | 10,870.08 | FICA | 167.44 | 791.52 | 167.44 | 791.52 |
| NIGHT RT | 80.00 | .65 | 52.00 | 256.10 | MEDICARE | 39.16 | 185.11 | 39.16 | 185.11 |
| NR OT | 2.00 | .97 | 1.94 | 5.82 | FED TAX | 215.22 | 1,004.59 | | |
| OT 1.5 | 14.00 | 40.56 | 567.84 | 1,368.90 | STATE TAX | 82.66 | 390.68 | | |
| OT 2.0 | | | .00 | 594.88 | LOCAL TAX | 29.62 | 139.98 | | |
| | | | | | UNEMP COMP | 1.95 | 9.16 | | |
| | | | | | RETIR 7.5% | 208.87 | 982.18 | 946.89 | 4,452.57 |
| | | | | | 102070 IND | 78.41 | 313.64 | 310.94 | 1,243.76 |
| | | | | | DEN SINGLE | .00 | .00 | 15.73 | 62.92 |
| | | | | | RX IND | 13.72 | 54.88 | 77.73 | 310.92 |
| | | | | | EYE SINGLE | .45 | 1.80 | 2.57 | 10.28 |
| | | | | | LST TX LG | 2.00 | 10.00 | | |
| | | | | | DISABILITY | .00 | .00 | 9.41 | 18.82 |
| | | | | | STD | 21.83 | 87.32 | | |
| | | | | | WRKR COMP | .00 | .00 | 8.35 | 39.28 |
| | | | | | LIFE INS | .00 | .00 | 6.80 | 13.60 |
| | | | | | IMP INCOME | .00 | .00 | 8.22 | 41.10 |
| | | | | | PNC BANK | 1,923.65 | 9,124.92 | | |
| **Totals** | 176.00 | | 2,784.98 | 13,095.78 | **Totals** | 2,784.98 | 13,095.78 | 1,593.24 | 7,169.88 |

| Leave | Earned | Taken | End Balance | Direct Deposit Information | | Net Pay | |
|---|---|---|---|---|---|---|---|
| SICK-SUPP | 12.00 | 7.13 | 4.98 | | | 1,923.65 | |
| PRSN DAY | 3.00 | 3.00 | .00 | PNC BANK | 1,923.65 | Employee | |
| VAC-SUPP | 20.00 | 14.00 | 10.00 | | | | |
| SPEC NEEDS | 3.00 | 2.85 | .15 | | | CUPID, GLENNA F | |
| JURY DUTY | .00 | .00 | .00 | | | Tax Information | |
| BEREAVEMNT | .00 | .00 | .00 | | | | |

| | Fed | State |
|---|---|---|
| MARITAL STATUS | S | S |
| EXEMPTIONS | 2 | 0 |

**Notes:** Why did the Teacher draw on the window?
Because he wanted his lesson to be very clear!

---

**WISSAHICKON SCHOOL DISTRICT**
601 Knight Rd
Ambler PA, 19002

V646104

Date
02/27/2026

Tax Shelter Annuities available x1201

GLENNA F CUPID
24 RED ROWEN LANE
PLYMOUTH MEETING, PA 19462

**\*\* NON-NEGOTIABLE \*\***
**DIRECT DEPOSIT ADVICE**
**FOR INFORMATION ONLY**

81
GLENNA F CUPID
24 RED ROWEN LANE
PLYMOUTH MEETING, PA 19462

WISSAHICKON SCHOOL DISTRICT
**Statement of Earnings and Deductions**

| | | Location | Employee No. | Period Beginning | Period Ending | Stub No. | Stub Date |
|---|---|---|---|---|---|---|---|
| | | 81 | 20132 | 02/23/26 | 03/08/26 | V646857 | 03/13/2026 |

| Earnings | | | | | Employee Deductions | | | Employer Contributions | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Current | Year to Date | Description | Current | Year to Date | Current | Year to Date |
| REG PAY | 84.00 | 27.04 | 2,271.36 | 13,141.44 | FICA | 154.31 | 945.83 | 154.31 | 945.83 |
| NIGHT RT | 84.00 | .65 | 54.60 | 310.70 | MEDICARE | 36.09 | 221.20 | 36.09 | 221.20 |
| NR OT | 4.00 | .97 | 3.88 | 9.70 | FED TAX | 191.71 | 1,196.30 | | |
| OT 1.5 | 6.00 | 40.56 | 243.36 | 1,612.26 | STATE TAX | 76.16 | 466.84 | | |
| OT 2.0 | | | .00 | 594.88 | LOCAL TAX | 27.29 | 167.27 | | |
| | | | | | UNEMP COMP | 1.80 | 10.96 | | |
| | | | | | RETIR 7.5% | 192.99 | 1,175.17 | 874.89 | 5,327.46 |
| | | | | | 102070 IND | 78.41 | 392.05 | 310.94 | 1,554.70 |
| | | | | | DEN SINGLE | .00 | .00 | 15.73 | 78.65 |
| | | | | | RX IND | 13.72 | 68.60 | 77.73 | 388.65 |
| | | | | | EYE SINGLE | .45 | 2.25 | 2.57 | 12.85 |
| | | | | | LST TX LG | 2.00 | 12.00 | | |
| | | | | | STD | 21.83 | 109.15 | | |
| | | | | | WRKR COMP | .00 | .00 | 7.72 | 47.00 |
| | | | | | IMP INCOME | .00 | .00 | 8.22 | 49.32 |
| | | | | | PNC BANK | 1,776.44 | 10,901.36 | | |
| | | | | | DISABILITY | .00 | .00 | | 18.82 |
| | | | | | LIFE INS | .00 | .00 | | 13.60 |
| **Totals** | 178.00 | | 2,573.20 | 15,668.98 | **Totals** | 2,573.20 | 15,668.98 | 1,488.20 | 8,658.08 |

| Leave | Earned | Taken | End Balance | Direct Deposit Information | | Net Pay | |
|---|---|---|---|---|---|---|---|
| SICK-SUPP | 12.00 | 7.13 | 4.98 | PNC BANK | 1,776.44 | 1,776.44 | |
| PRSN DAY | 3.00 | 3.00 | .00 | | | Employee | |
| VAC-SUPP | 20.00 | 14.00 | 10.00 | | | CUPID, GLENNA F | |
| SPEC NEEDS | 3.00 | 2.85 | .15 | | | Tax Information | |
| JURY DUTY | .00 | .00 | .00 | | | | Fed | State |
| BEREAVEMNT | .00 | .00 | .00 | | | MARITAL STATUS  S | S |
| | | | | | | EXEMPTIONS  2 | 0 |

**Notes:** Why is Peter Pan always flying?
He Neverlands!  pass on the laugher

---

**WISSAHICKON SCHOOL DISTRICT**
601 Knight Rd
Ambler PA, 19002

V646857

Date
03/13/2026

Tax Shelter Annuities available x1201

GLENNA F CUPID
24 RED ROWEN LANE
PLYMOUTH MEETING, PA 19462

**\*\* NON-NEGOTIABLE \*\***
**DIRECT DEPOSIT ADVICE**
**FOR INFORMATION ONLY**

81
GLENNA F CUPID
24 RED ROWEN LANE
PLYMOUTH MEETING, PA 19462

PAGE NUMBER:    4
MODULE NUM: PAYPR153

DATE: 02/25/2026
TIME: 08:19:23

WISSAHICKON SD
SUMMARY CHECK HISTORY REPORT

SELECTION CRITERIA: employee.empl_no=20132 and checkhis.iss_date between '20250601' and '20260227'

```
12/05/25 V641547   002   80.00   2163.20 003   64.00   41.60   2204.80 *FI      131.47    131.47 *FM          30.75    30.75     .00
                                                                        *FT      156.22       .00 *SPA          64.85      .00
                                                                        *TBZ      23.23       .00 0010           1.54      .00
                                                                        0507     165.36    749.63 1255          78.41   310.94
                                                                        2300        .00     15.73 3305          13.72    77.73
                                                                        4300        .45      2.57 4999           2.00      .00
                                                                        5502      21.83       .00 5600            .00      6.61
                                                                        8000        .00      8.22 9000        1514.97      .00

12/19/25 V642328   002   80.00   2163.20 003   64.00   41.60   2692.78 *FI      161.72    161.72 *FM          37.82    37.82     .00
                   053   11.75   11.40 200   11.75   476.58           *FT      210.38       .00 *SPA          79.83      .00
                                                                        *TBZ      28.60       .00 0010           1.88      .00
                                                                        0507     201.96    915.55 1255          78.41   310.94
                                                                        2300        .00     15.73 3305          13.72    77.73
                                                                        4300        .45      2.57 4999           2.00      .00
                                                                        5500        .00      9.41 5502          21.83      .00
                                                                        5600        .00      8.08 5700            .00      6.80
                                                                        8000        .00      8.22 9000        1854.18      .00

01/02/26 643082    002   80.00   2163.20 003   80.00   52.00   2431.52 *FI      145.52    145.52 *FM          34.03    34.03     .00
                   225    4.00   216.32                                *FT      175.98       .00 *SPA          71.81      .00
                                                                        *TBZ      25.73       .00 0010           1.70      .00
                                                                        0507     182.36    826.72 1255          78.41   310.94
                                                                        2300        .00     15.73 3305          13.72    77.73
                                                                        4300        .45      2.57 4999           2.00      .00
                                                                        5502      21.83       .00 5600            .00      7.29
                                                                        8000        .00      8.22 9000        1677.98      .00

01/16/26 V643835   002   80.00   2163.20 003   80.00   52.00   2215.20 *FI      132.11    132.11 *FM          30.90    30.90     .00
                                                                        *FT      151.97       .00 *SPA          65.16      .00
                                                                        *TBZ      23.35       .00 0010           1.55      .00
                                                                        0507     166.14    753.17 1255          78.41   310.94
                                                                        2300        .00     15.73 3305          13.72    77.73
                                                                        4300        .45      2.57 4999           2.00      .00
                                                                        5500        .00      9.41 5502          21.83      .00
                                                                        5600        .00      6.65 5700            .00      6.80
                                                                        8000        .00      8.22 9000        1527.61      .00

01/30/26 V644599   002   80.00   2163.20 003   80.00   52.00   2705.80 *FI      168.27    168.27 *FM          39.35    39.35     .00
                   053    4.00    3.88 200    8.00   324.48           *FT      217.54       .00 *SPA          83.07      .00
                   200    4.00   162.24                                *TBZ      29.76       .00 0010           1.89      .00
                                                                        0507     202.94    919.97 4999           2.00      .00
                                                                        5600        .00      8.12 8000            .00      8.22
                                                                        9000     1960.98       .00
```